IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAEL VALLADARES, individually and on behalf of classes of similarly situated individuals, ) ) ) | |
| *Plaintiff*, ) ) | Case No. 14-cv-10272 |
| v. ) ) | |
| BLACKBOARD, INC., a Delaware corporation, and BLACKBOARD CONNECT, INC., a North Carolina corporation, ) ) ) ) | Hon. Samuel Der-Yeghiayan |
| *Defendants*. ) | |

## JOINT JURISDICTIONAL REPORT

The parties, through their respective undersigned counsel, hereby submit the following Joint Jurisdictional Status Report:

**I.   Subject Matter Jurisdiction**

The Court has federal question subject matter jurisdiction over this matter under 28 U.S.C. § 1331, as the action arises under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. (the "TCPA") and contains a single count for violation of the TCPA.

**II.   Venue (Plaintiff's Position)**

Venue is proper in the Northern District of Illinois under 28 U.S.C. 1391(b) because Plaintiff is an Illinois resident and resides in this District; Defendants are both registered to do business in Illinois and do transact business in this District; and a substantial part of the events concerning the unauthorized automated calls at issue occurred in this District, as Plaintiff resides in this District, Plaintiff's cellular telephone received Defendants' unsolicited prerecorded calls within this District, and the automated

calls received by Plaintiff relate specifically to property located within this District. *See*

Declaration of Evan M. Meyers, attached hereto.

Dated: February 27, 2015           Respectfully submitted,

                                        RAFAEL VALLADARES, individually and on behalf of classes of similarly situated individuals

                                        By: /s/ Evan M. Meyers
                                             One of Plaintiff's Attorneys

Myles McGuire
Even M. Meyers
Eugene Y. Turin
MCGUIRE LAW, P.C.
161 N. Clark Street, 47th Floor
Chicago, Illinois 60601
Tel: (312) 216-5179
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com

                                        BLACKBOARD, INC. and
                                        BLACKBOARD CONNECT, INC.

                                        By: /s/ Keith L. Gibson
                                            One of Defendants' Attorneys

Martin J. Jaszczuk (6277720)
Keith L. Gibson (6237159)
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0610
mjaszczuk@lockelord.com
kgibson@lockelord.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAEL VALLADARES, individually and on behalf of classes of similarly situated individuals, ) ) ) | |
| *Plaintiff*, ) ) | Case No. 14-cv-10272 |
| v. ) ) | |
| BLACKBOARD, INC., a Delaware corporation, and BLACKBOARD CONNECT, INC., a North Carolina corporation, ) ) ) ) | Hon. Samuel Der-Yeghiayan |
| *Defendants*. ) | |

### DECLARATION OF EVAN M. MEYERS

I, Evan M. Meyers, hereby aver, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter.

1. I am an adult over the age of 18 and a resident of the State of Illinois. I am an attorney with the law firm McGuire Law, P.C., I am licensed to practice law in the State of Illinois and in the United States District Court for the Northern District of Illinois, and I am one of the attorneys representing the Plaintiff in this matter. I am fully competent to make this Declaration and make such Declaration in support of the parties' Joint Jurisdictional Statement.

2. Plaintiff Rafael Valladares is an Illinois resident and he currently resides in Chicago, Illinois. Plaintiff has resided in Chicago at all times relevant to this litigation, including throughout 2014 and at all times that he has received from Defendants automated telephone calls on his cellular phone featuring a prerecorded or artificial voice.

3. Plaintiff received automated calls featuring a prerecorded voice on his

cellular phone relating to George B. Armstrong International Studies Elementary School, which is located within this District.

4. Plaintiff's cellular telephone received Defendants' unsolicited prerecorded calls within this District, while Plaintiff has resided in Chicago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2015.

                                           /s/ Evan M. Meyers
                                               Evan M. Meyers

## CERTIFICATE OF SERVICE

I hereby certify that, on February 27, 2015, I caused the foregoing *Joint Jurisdictional Report* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Keith L. Gibson