# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAFAEL VALLADARES, individually and on behalf of classes of similarly situated individuals, ) ) ) ) | |
| *Plaintiff*, ) | Case No. 14-cv-10272 |
| ) | |
| v. ) | Hon. Samuel Der-Yeghiayan |
| ) | |
| BLACKBOARD INC., a Delaware corporation, and BLACKBOARD CONNECT INC., a North Carolina corporation, ) ) ) ) ) | |
| ) | |
| *Defendants*. ) ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Rafael Valladares, and Defendants, Blackboard Inc. and Blackboard Connect Inc. (together, "Blackboard") (collectively, the "Parties"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed without prejudice as to all claims asserted by Plaintiff and the putative classes. While the Parties have reached a proposed class-wide settlement, the Parties are concerned that the United States Supreme Court's grant of certiorari in *Spokeo, Inc. v. Thomas Robins*, No. 13-1339, may divest this Court of jurisdiction over the instant action before the proposed settlement is effectuated, which, in order to effectuate the agreed-upon settlement, would require the Parties to start the settlement approval process over in state court after significant notice costs and expenses have already been incurred. Accordingly, by its terms, the proposed settlement will be effectuated through the Circuit Court of Cook County, Illinois.

Dated: May 9, 2016                                       Respectfully Submitted,

                                                         RAFAEL VALLADARES, individually and
                                                         on behalf of classes of similarly situated
                                                         individuals.

                                                         By:  /s/ *Paul T. Geske*
                                                         One of Plaintiff's attorneys

                                                         Myles McGuire
                                                         Evan M. Meyers
                                                         Paul T. Geske
                                                         MCGUIRE LAW, P.C.
                                                         55 W. Wacker Drive, 9th Fl.
                                                         Chicago, IL 60601
                                                         Tel: (312) 893-7002
                                                         mmcguire@mcgpc.com
                                                         emeyers@mcgpc.com
                                                         pgeske@mcgpc.com

                                                         *Attorneys for Plaintiff and the Putative Classes*

Dated: May 9, 2016                                       Respectfully Submitted,

                                                         BLACKBOARD INC. and BLACKBOARD
                                                         CONNECT INC.

                                                         By:  /s/ *Martin W. Jaszczuk*

                                                         Martin W. Jaszczuk
                                                         Keith L. Gibson
                                                         LOCKE LORD LLP
                                                         111 South Wacker Drive
                                                         Chicago, IL 60606
                                                         Tel: (312) 443-0610
                                                         mjaszczuk@lockelord.com
                                                         kgibson@lockelord.com

                                                         *Attorneys for Defendants Blackboard Inc. and Blackboard Connect Inc.*

## **CERTIFICATE OF SERVICE**

I, Paul Geske, an attorney, hereby certify that on May 9, 2016, I electronically filed the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*